**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-02415-LTB-BNB

VICKY WESLEY,

        Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, LP, a Delaware limited partnership,

        Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 4 - filed October 12, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:


                                 s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   October 13, 2011